IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES T. JORDAN, #124614, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv846-WHA |
| | ) |
| KATHY HOLT, et al., | ) (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon an independent evaluation and *de novo* review of this matter, including the Recommendation of the Magistrate Judge (Doc. #4), and the Objection (Doc. #5) of the Plaintiff, the court finds the objection to be without merit, and it is hereby OVERRULED. The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 29th day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE